UNITED STATES of America, Plaintiff–Appellee,

v.

Terrick DURHAM, Defendant–Appellant.

No. 04–41215.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 5, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

---

trict of Texas, Houston, TX, for Plaintiff–Appellee.

William Lloyd Nealy, II, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Counsel for Terrick Durham moved for leave to withdraw and filed a brief pursuant to *Anders v. California.*[1] Durham did not file a response. After review of counsel's brief and of the record, we conclude that no nonfrivolous issues remain for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.[2]

---

* Pursuant to the 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

2. *See* 5TH CIR. R. 42.2.